## No. 17,491.

LANGOSH ET AL. *v.* THE PEOPLE.
(275 P. [2d] 957)

Decided November 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. FRED T. TANQUARY, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK A. WACHOB, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for the People.